IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**CROSSROADS SYSTEMS, INC.,**
        **Plaintiff,**

-vs-                                              Case No. A-10-CA-652-SS

**3PAR, INC., et al.,**
        **Defendants.**

## ORDER

BE IT REMEMBERED on this day the Court called the above-styled cause for a status conference and the parties appeared through counsel. The Court confirms its oral announcements with this written order as follows:

IT IS ORDERED that the Court APPOINTS Mr. Karl Bayer as Special Master in the above-styled cause pursuant to Fed. R. Civ. P. 53. A copy of Mr. Bayer's curriculum vitae is attached to this Order. An investigation by the Court reveals Mr. Bayer has no conflicts of interest with the parties to the case or their counsel. The Court therefore finds Mr. Bayer is qualified to serve as a Special Master in this case. Interim compensation at the rate of $400.00 (Four Hundred and no/100 Dollars) per hour shall be borne proportionately as agreed by the parties and is to be paid on a monthly basis. See Fed. R. Civ. P. 53(a). The total amount of compensation shall be taxed as costs at the conclusion of this case.

SIGNED this the _1st_ day of December 2010.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

652 bayer ord mjh.frm

# KARL BAYER
Dispute Resolution Specialist

---

8911 North Capital of Texas Highway  Suite 2120  Austin, Texas  78759  (512) 345-8537  karl@karlbayer.com

## EDUCATION

| | |
|---|---|
| 1998 | **The University of Texas at Austin**, classes in microbiology and digital systems design |
| 1976 | **University of Texas School of Law**, J.D. |
| 1973 | **Massachusetts Institute of Technology**, M.S. (Biomedical Engineering) |
| 1971 | **Rice University**, B.A. *cum laude*      (Electrical Engineering) |

## EXPERIENCE

| | |
|---|---|
| 1991-present | **Karl Bayer, Dispute Resolution Specialist** <br> Solo litigation and arbitration practice in personal injury, business and intellectual property disputes and private mediator and arbitrator in all areas of conflict, Austin, Texas <br><br> **Special Patent Master and Discovery Master** in a number of cases in Texas Federal Courts |
| 1997-1999 | **Resolution Architects** <br> Partner, Conflict resolution consulting on public policy, health care, technology and environmental issues, Austin, Texas |
| 1989-1991 | **Gibbins, Winckler & Bayer** - Partner, Austin, Texas |
| 1988-1989 | **Bickerstaff, Heath & Smiley** - Special Counsel, Austin, Texas |
| 1988 | **Texas Supreme Court Candidate** - Democratic Nominee for Place 5 |
| 1982-1988 | **Pluymen & Bayer Attorneys** - Partner, Austin, Texas |
| 1981-1982 | **Brown, Maroney, Rose, Barber & Dye** - Associate Attorney, Environmental, Utility and Technology Section, Austin, Texas |
| 1980-1981 | **U. S. Environmental Protection Agency** - Staff Attorney, Office of General Counsel, Pesticides and Toxic Substances, Washington, D.C. |
| 1979-1980 | **U. S. House of Representatives** - Legislative Director for Representative Kent Hance |
| 1977-1979 | **Grambling, Mounce, Sims, Galatzan & Harris** - Associate Attorney, Business Litigation <br> El Paso, Texas |
| 1975-1976 | **Omnibus** - Founding Partner, Automated school bus routing, Austin, Texas and Washington, D.C. |
| 1974-1977 | **Texas Senate** - Legislative and Administrative Assistant to Senator Don Adams, Austin, Texas |
| 1973 | **Concord Research Corporation** - Staff Engineer, Design of radar tracking systems and computer systems for school desegregation, Boston, Massachusetts |

**SPECIAL MASTER EXPERIENCE**

2006-present
**Pretrial Discovery Master:** *Air Measurement Technologies, Inc., et al. v. Gary W. Hamilton, et al.*; Case No. SA-03-CA-0541-RF; In the United States District Court for the Western District of Texas, San Antonio Division

**Pretrial Discovery Master:** *Janaki Ramadoss, et al. v. Caremark, Inc.*; Case No. SA-99-CA-0914-RF; In the United States District Court for the Western District of Texas, San Antonio Division

***Markman* Master:** *Spectranetics Corp. v. Medtronic, Inc.*; Case No. A-07-CA-548-SS; In the United States District Court for the Western District of Texas, Austin Division

***Markman* Master:** *Levitation Arts, Inc. v. Fascinations Toys and Gifts, Inc.*; Case No. A-07-CA-990-SS; In the United States District Court for the Western District of Texas, Austin Division

***Markman* Master:** *The Western Union Co. v. Moneygram Int'l, Inc.*; Case No. A-07-CA-00372-SS; In the United States District Court for the Western District of Texas, Austin Division

Numerous cases mediated and arbitrated involving claims construction, technical issues and patent issues. References available upon request and upon approval by counsel in those cases.

2005-2006
***Markman* Master:** *Silicon Laboratories, Inc. v. Ali NikNejad and Axiom Microdevices, Inc.*, Case No. A-04-CA-155-SS; In the United States District Court for the Western District of Texas, Austin Division

***Markman* Master:** *Board of Regents of the University of Texas System v. Benq America Corp., et al.*; Case No. A-05-CA-181-SS; In the United States District Court for the Western District of Texas, Austin Division

***Markman* Master:** *Pavilion Technologies, Inc. v. Emerson Electric Co., et al.*; Case No. A 05-CA-898-SS; In the United States District Court for the Western District of Texas, Austin Division

2004-2005
***Markman* Master:** *Crossroads Systems Corp. v. Dot Hill Systems Corp.*; Case No. A-03 CV-754 SS; In the United States District Court for the Western District of Texas, Austin Division

2002
***Markman* Master:** *VIA Technologies v. Intel Corporation*; Case No. A-01-CA-602-SS; In the United States District Court for the Western District of Texas, Austin Division

***Markman* Master:** *Pavilion Technologies, Inc. v. Computer Associates International, Inc.*; Case No. A-01-CA-507 SS; In the United States District Court for the Western District of Texas, Austin Division

2000
**Pretrial Discovery Master:** *Western Aircraft, Inc. v. Grupo Nacional Provincial, S.A., et al.*; Case No. DR 97-CV-090-WWJ; In the United States District Court for the Western District of Texas, Del Rio Division

1997
***Markman* Master:** *Crystal Semiconductor Corporation v. Opti, Inc. and Tritech Microelectronics International PTE Ltd.*; Case No. A-97CA-026-SS; In the United States District Court, Western District of Texas, Austin Division. Reported at 246 F.3d 1336.

**PROFESSIONAL ACTIVITIES**

2000-present    Electronic Filing Committee, US District Court, Western District of Texas

2000-present    Annual Guest Lecturer, Texas Civil Litigation: Pretrial and Trial Strategy Course, University of Texas School of Law

1999            Magistrate Selection Committee, US District Court, Western District of Texas

| | |
|---|---|
| 1996-1999 | Supreme Court Advisory Committee on Court-Annexed Mediation |
| 1996 | Lecturer: "Alternative Methods of Dispute Resolution", St. Mary's Law School -- Anáhuac University Law School, Mexico City, Mexico |
| 1992-1996 | State Bar of Texas Pattern Jury Charge Committee, Volume 3 (Malpractice, Premises & Products) |
| 1987-1996 | Board of Directors, Legal Aid Society of Central Texas (President 1991) |
| 1993-1995 | State Bar of Texas Rules of Evidence Committee |
| 1994-1995 | Lecturer: "Alternative Methods of Dispute Resolution: Conciliation, Mediation and Arbitration," St. Mary's Law School -- University of Monterrey Law School Joint Venture, Monterrey, Mexico |
| 1993 | Lecturer: "Negotiations", St. Mary's Law School -- University of Monterrey Law School Joint Venture, Monterrey, Mexico |
| 1987-1993 | Instructor, "Winning at Trial", University of Texas School of Law |
| 1991-1995 | Guest lecturer on Professional Responsibility, University of Texas School of Law |
| 1992 | Member, Governor's Environmental Agency Transition Committee |
| 1991-1992 | President, Texas Consumer Association<br>Member, Air Control Board Task Force on Compliance History |

## PROFESSIONAL ASSOCIATIONS

**National:**   American Arbitration Association; American Bar Association; Federal Bar Association

**State:**   State Bar of Texas; Texas Bar Foundation

**Regional:**   Capital Area Trial Lawyers Association (President 1990-1991); Austin Bar Association; Austin Association of Attorney Mediators (President 2004)

## PUBLICATIONS

| | |
|---|---|
| Ongoing | Author, "Disputing", blog about current Texas and Fifth Circuit opinions pertaining to arbitration, www.karlbayer.com/blog |
| 2008 | Author, "Discovery Issues in Arbitration Proceedings", <u>21st Annual Advanced Evidence and Discovery Conference</u>, The State Bar of Texas |
| 2007 | Author, "Arbitration", <u>Bench Bar "007"</u>, Austin Bar Association |
| 2006 | Author, "Arbitration". <u>Page Keeton Civil Litigation Conference</u>, University of Texas School of Law |
| 2005 | Author, "Standards of Review as Applied to Arbitral Decisions", <u>Business Disputes and Litigation in the Digital Age</u>, The State Bar of Texas |
| 2001 | Author, "Domain Names: Understanding What's New, How to Protect Your Client's Presence", <u>High-Tech Megacourse: the New High Tech Industry</u>, The State Bar of Texas |
| | Author, "Liability of Pharmacists," University of Houston Law Foundation Program on Medical Malpractice, Medical Device and Pharmaceutical Litigation |
| | Author, "Getting and Protecting Electronic Information" South Texas College of Law Advanced Civil Trial Law Conference |

| | |
|---|---|
| 2000 | TTLA Advanced Personal Injury Course: "Pre-Settlement Liens and Preserving Entitlement" |
| | Author, "State law Causes of Action in High-Tech Litigation" State Bar of Texas Advanced High Tech Litigation Program |
| 1998 | Author, "Pharmacists' Liability: Analysis of the Development of a Duty to Warn", <u>Medical Malpractice, Medical Device & Pharmaceutical</u> Litigation Seminar, University of Houston Law Center |
| 1997 | Author, "ADR in Complex Medical Malpractice/Pharmaceutical/Medical Device Liability Litigation", <u>Advanced Course Medical Malpractice, Pharmaceutical and Medical Device Litigation</u>, State Bar of Texas, Santa Fe |
| | Author, "Ten Suggestions For Managed Care Law Suits," <u>Dynamic Advocacy Seminar</u>, Texas Trial Lawyers Association, Whitefish, Montana |
| 1996 | Author, "Opinion Evidence After *Daubert* and *Robinson*", <u>Medicine for Lawyers Conference</u>, The University of Texas School of Law |
| 1995 | Author, "ADR in the Medical Malpractice Context", <u>Advanced Medical Malpractice Course</u>, State Bar of Texas, Santa Fe |
| | Author, "New Relevancy and Admissibility Problems", <u>University of Houston Law Center</u> |
| | Author, "Case Law and Legislative Update on Punitive Damages", <u>The University of Texas School of Law Products Liability and Personal Injury Conference</u> |
| 1994 | Author, "ADR in Complex Medical/Pharmaceutical Liability Litigation", <u>Advanced Course Medical Malpractice, Pharmaceutical and Medical Device Litigation</u>, State Bar of Texas |
| | Author, "Car Wrecks and Drunk Drivers on the Information Superhighway", <u>Dynamic Advocacy Seminar</u>, Texas Trial Lawyers Association |
| | Author, "Common Relevancy Problems - Admissibility of Prior Occurrence Evidence after Moriel", <u>Advanced Evidence and Discovery Institute</u>, University of Houston Law Foundation |
| | Author, "Assessing and Evaluating the Malpractice Case: Plaintiff's View", <u>Medical Malpractice Seminar</u>, National Business Institute |
| | Author, "Environmental Cases: Sick Building Syndrome", <u>Premises Liability Seminar</u>, Texas Trial Lawyers Association |
| | Author, "Other Occurrence Evidence, Gross Negligence and Exemplary Damages, Post Moriel", The <u>University of Texas School of Law Products Liability and Personal Injury Conference</u> |
| 1993 | Author, "Domestic Torts", <u>The Rutter Group-Texas Family Law Treatise</u> |
| | Author, "Damages Update", <u>UT Product Liability Conference,</u> University of Texas School of Law |
| | Author, "Habit and Character Evidence", <u>Advanced Evidence and Discovery Course</u>, State Bar of Texas |
| | Author, "Torts", <u>Advanced Family Law Drafting Course</u>, State Bar of Texas |
| | Author, "ADR Update", <u>Advanced Civil Trial Course</u>, State Bar of Texas |
| | Author, "Duty or Damage?, Emotional Distress and Mental Anguish Following *Boyles v. Kerr* and *Twyman v. Twyman*", <u>Butterworth's Texas Personal Injury Law Reporter</u> |

|      |   |
|------|---|
|      | Author, "Toxic Torts - Plaintiff's Perspective", <u>South Texas School of Law Environmental Symposium</u> |
| 1992 | Author, "Update on Architect and Engineer Liability", <u>The University of Texas School of Law Construction Law Conference</u> |
|      | Author, "Professionalism", <u>Advanced Personal Injury Law</u>, State Bar of Texas |
|      | Author, "Environmental Insurance Litigation", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
|      | Author, "Insurance Coverage in Toxic Torts", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
| 1991 | Author, "Attorney Work-Product and Attorney-Client Privilege", <u>Discovery in the New Age</u>, Texas Trial Lawyers Association |
|      | Author, "Current Developments in Deceptive Trade Practices", <u>Advanced Personal Injury Law Conference</u>, State Bar of Texas |
| 1990 | Author, "Medical Negligence", <u>Advanced Practice Pointers and Trial Techniques</u>, Texas Trial Lawyers Association |
| 1989 | Author, "Intentional and Negligent Infliction of Emotional Distress", <u>Domestic Torts</u>, South Texas College of Law |
|      | Author, "Computers as a Tool of Presenting Information Persuasively", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
| 1988 | Author, "Repeal of the Interspousal Immunity: Torts Come to Family Law", <u>Marriage Dissolution Institute</u>, State Bar of Texas |
|      | Author, "Deceptive Trade Practices Act: A Primer", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
| 1987 | Author, "Strategic Consideration in Selecting a Products Theory", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
|      | Author, "Toxic Tort Developments", <u>American Conference on Chemical Labeling</u> |
|      | Author, "Trying Marital and Family Torts after *Price*", <u>Family Law Seminar</u> The University of Texas School of Law |
| 1986 | Author, "Voir Dire in Product Liability Cases", <u>The University of Texas School of Law Product Liability and Personal Injury Conference</u> |
| 1985 | Executive Producer of 45 minute educational documentary sponsored by the Texas Bar Foundation entitled "The Earth, the Air, the Water, and ... the Law" |
|      | "Governmental Regulation of Recombinant DNA Research and Manufacturing Processes" <u>Comprehensive Biotechnology</u>, Vol. 3, Chapter 63 (1985). |
| 1983 | Co-author of "Federal Regulation of Emerging Genetic Technologies", 36 <u>Vanderbilt Law Review</u>, 461 (1983) |
| 1973 | Author, "The Length and Organization of the Parallel Fibers of the Turtle Cerebellum", Masters Thesis, Massachusetts Institute of Technology. (1973) |