IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:10-CV-652-SS |
| v. | § | |
| | § | JURY DEMANDED |
| (1) 3PAR, INC., | § | |
| (2) AMERICAN MEGATRENDS, INC., | § | |
| (3) RORKE DATA, INC., | § | |
| (4) D-LINK SYSTEMS, INC., | § | |
| (5) CHELSIO COMMUNICATIONS, INC., | § | |
| (a Delaware Corporation), | § | |
| (6) DATACORE SOFTWARE | § | |
| CORPORATION, | § | |
| (7) ISTOR NETWORKS, INC., and | § | |
| (8) CHELSIO COMMUNICATIONS, INC., | § | |
| (a California Corporation), | § | |
| | § | |
| Defendants. | § | |

**CONCISE NON-INFRINGEMENT STATEMENT OF ISTOR AND D-LINK**

**I.     DIRECT INFRINGEMENT**

Defendants iStor and D-Link assert that they do not directly infringe the '035 Patent for one or more of the following reasons.

**A.     THE ACCUSED ISTOR AND D-LINK DEVICES DO NOT MEET THE "FIRST TRANSPORT MEDIUM" LIMITATION**

Every claim of the '035 Patent requires communication using a ***first transport medium***. In accordance with the specification and the file history of the '035 Patent, ***first transport medium*** should be construed to be limited to Fibre Channel.[1]  Because the accused iStor and D-Link devices do not use Fibre Channel, they do not infringe any claim of the '035 Patent.

---

[1] A complete claim construction analysis, including citations to intrinsic and extrinsic evidence, will be provided in iStor's and D-Link's claim construction briefing.

**B.    THE ACCUSED ISTOR AND D-LINK DEVICES DO NOT MEET THE "NATIVE LOW LEVEL BLOCK PROTOCOL" LIMITATION**

Every claim of the '035 Patent requires allowing access to remote storage devices using ***native low level block protocols***.  In accordance with the ordinary meaning of the claim language, and the specification and file history of the '035 Patent, a ***native low level block protocol*** should be construed to mean a low level block protocol that is designed to communicate with the specific storage device that is being accessed.[2]  Thus, for example, a ***native low level block protocol*** for a SATA hard disk drive is the SATA protocol because the SATA protocol is designed to communicate with SATA hard disk drives.

The iStor and D-Link devices use the iSCSI protocol to communicate with remote iStor and D-Link devices.  However, iSCSI is not the native protocol of the remote storage devices in the remote iStor and D-Link devices.  The remote storage devices in the iStor and D-Link devices are either SATA and/or SAS hard disk drives.  The native protocols of these remote storage devices are the SATA and/or SAS protocols.  Accordingly, the iStor and D-Link devices do not meet the ***native low level block protocol*** limitation, and, thus, they do not infringe any of the claims of the '035 Patent.

**II.    INDIRECT INFRINGEMENT**

iStor and D-Link assert that they do not indirectly infringe the '035 Patent for one or more of the following reasons: (1) for at least the reasons set forth above, nobody directly infringes the '035 Patent using the iStor and D-Link devices; (2) neither iStor nor D-Link instructs anyone to perform actions that infringe the '035 Patent; (3) any components sold by iStor and/or D-Link are suitable for substantial non-infringing uses, and are not especially

---

[2] A complete claim construction analysis, including citations to intrinsic and extrinsic evidence, will be provided in iStor's and D-Link's claim construction briefing.

adapted for infringement of the '035 Patent; and (4) iStor and D-Link have never had the knowledge necessary to be liable for indirect infringement.

## III.    RESERVATION OF RIGHT TO SUPPLEMENT

This is a preliminary statement for the following reasons: (1) Crossroads has not identified its infringement positions with respect to each of the accused iStor and D-Link devices; (2) discovery, iStor's and D-Link's investigation of the '035 Patent and its file history, and comparison of the claims with the accused iStor and D-Link devices, are ongoing; and (3) claim construction has not begun.  Accordingly, iStor and D-Link reserve the right to supplement and/or amend their positions based upon additional information that they obtain.

Respectfully submitted,

Dated:  January 11        , 2010          By: /s/William D. Chapman
                                              William D. Chapman (*Pro Hac Vice*)
                                              JULANDER, BROWN, BOLLARD &
                                                CHAPMAN
                                              9110 Irvine Center Drive
                                              Irvine, CA  92618
                                              Tel: (949) 477-2100
                                              Fax: (949) 477-6355

                                              *ATTORNEYS FOR DEFENDANTS ISTOR
                                              NETWORKS, INC. AND D-LINK SYSTEMS,
                                              INC.*

                                              Scott King Field (*Pro Hac Vice*)
                                              scott@thefieldlawfirm.com
                                              THE FIELD LAW FIRM
                                              9442 Capital of Texas Highway North
                                              Arboretum Plaza One, Suite 500
                                              Austin, TX  78759
                                              Tel: (512) 343-3663
                                              Fax: (512) 271-4431

                                               *ATTORNEYS FOR DEFENDANT ISTOR
                                              NETWORKS, INC.*

                                              Victoria Hao (*Pro Hac Vice*)
                                              vhao@sjclawpc.com

Ingrid Yang (*Pro Hac Vice*)
iyang@sjclawpc.com
Duncan Palmatier (*Pro Hac Vice*)
dpalm@dpalmlaw.com
Christine Yang (*Pro Hac Vice*)
cyang@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101-102
Fountain Valley, CA  92708
Tel: (714) 641-4022
Fax: (714) 641-2082

*ATTORNEYS FOR DEFENDANT D-LINK
SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2011, I electronically filed the foregoing CONCISE NON-INFRINGEMENT STATEMENT OF ISTOR AND D-LINK with the Clerk of Court using the *CM/ECF* system which will send notification of such filing to all counsel of record, including the following:

Steven R. Sprinkle
Elizabeth J. Brown Fore
SPRINKLE IP LAW GROUP, PC
1301 W. 25th Street Suite 408
Austin, Texas 78705
(512) 637-9220
Fax: (512) 371-9088
Email: ssprinkle@sprinklelaw.com
Email: ebrownfore@sprinklelaw.com
*(jar Plaintiff, Crossroads Systems, Inc.)*

George W. Webb, III
Steven R. Daniels
W. Bryan Farney
DECHERTLLP
300 West 6th St., Suite 2010
Austin, TX 78701
512-394-3000
Fax: 512-394-3001
Email: george.webb@dechelt.com
Email: steven.daniels@dechert.com
Email: bryan.farney@dechert.com
*(jar Defendant, 3PAR, Inc.)*

Keith Miles Anrzada
Bryan Cave LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
214-721-8041
Fax: 214-721-8100
Email: keith.aurzada@bryancave.com
*(jar Defendant, American Megatrends, Inc.)*

Lisa H. Meyerhoff
Myall S. Hawkins
Tan Hoang Pham
Baker & McKenzie LLP
711 Louisiana, Suite 3400
Houston, TX 77002
(713) 427-5005
Fax: (713) 427-5099
Email:Lisa.Meyerhoff@Bakennckenzie.com
Email: myall.hawkins@bakennckenzie.com
Email: tan.pham@bakennckenzie.com
*(jar Defendant, Rorke Data, Inc.)*

Michael J Sacksteder
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
415-875-2300
Fax: 415-281-1350
Email: msacksteder@fenwick.com
*(jar Defendant, DataCore Software Corp.)*

Scott King Field
The Field Law Finn
9442 Capital of Texas Hwy. North
Arboretum Plaza One, Suite 500
Austin, TX 78759
(512) 343-3663
Fax: (866) 271-4431
Email: scott@thefieldlawfinn.com
*(jar iStor Networks, Inc.)*

Price Ainsworth
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, TX 78701
(512) 474-6061
Fax: (512) 472-9157
Email: price@ainsworth-Iaw.com
*(jor Defendant, Chelsio Communications, Inc.,*
*a Delaware Corp. and for Defendant, Chelsio*
*Communications, Inc., a California Corp.)*

Patrick T. Weston
James G. Snell
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
650-849-4400
Fax: 650-849-4800
Email: patrick.weston@bingham.com
Email: jim.snell@bingham.com
*(jor Defendant, Chelsio Communications, Inc.,*
*a Delaware Corp. and for Defendant, Chelsio*
*Communications, Inc., a California Corp.)*

Eric B. Meyertons
Chris L. Drymalla
MEYERTONS, HOOD, KIVLIN,
KOWERT &
GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, Texas 78701-3102
Telephone: 512.853.8800
Facsimile: 512.853.8801
Email: emeyertons@intprop.com
Email: cdrymalla@intprop.com
*(For Defendant D-Link Systems, Inc.)*

Duncan Palmatier (Pro Hac Vice)
Christine Yang (Pro Hac Vice)
Victoria Hao (Pro Hac Vice)
Ingrid Yang (Pro Hac Vice)
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Telephone: 714.641.4022
Facsimile: 714. 641.2082
Email: cyang@sjclawpc.com
Email: dpalm@dpalmlaw.com
Email: iyang@sjclawpc.com
Email: vhao@sjclawpc.com
*(For Defendant D-Link Systems, Inc.)*

Dated: January 11, 2011

/s/Krista M. Green
Krista M. Green