IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| 3PAR, INC., | § | |
| AMERICAN MEGATRENDS, INC., | § | |
| RORKE DATA, INC., | § | C.A. 1:10-CV-652-SS |
| D-LINK SYSTEMS, INC. | § | |
| CHELSIO COMMUNICATIONS, INC. (a | § | Jury Demanded |
| Delaware corporation), | § | |
| DATACORE SOFTWARE CORPORATION, | § | |
| ISTOR NETWORKS, INC., and | § | |
| CHELSIO COMMUNICATIONS, INC. (a | § | |
| California corporation), | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT RORKE DATA, INC.'S CONCISE
STATEMENT OF NON-INFRINGEMENT**

Pursuant to the Court's Order, Defendant Rorke Data, Inc. ("Rorke") files its concise statement of non-infringement. Plaintiff Crossroads Systems, Inc. ("Crossroads") alleges that certain of Rorke's products infringe Claims 1-4 and 7-14 of U.S. Patent No. 6,425,035 (the "'035 Patent"). Specifically, Crossroads alleges that Rorke's Galaxy RAID systems infringe the '035 Patent. Crossroads identifies the following allegedly infringing Rorke products: Galaxy Aurora Appliance; Galaxy Aurora LS Appliance; Galaxy HDX3 Appliance; Galaxy HDX2 Appliance; and Galaxy 3G Appliance.

For the following reasons, Rorke's Galaxy RAID systems do not infringe any claims of the '035 Patent, including Claims 1-4 and 7-14. Attached as Exhibits A and B are charts comparing the claims of the '035 Patent with the accused Rorke products, demonstrating that the accused Rorke products do not infringe the claims of the '035 Patent.

I.     **RORKE'S PRODUCTS ARE COVERED BY LICENSES TO THE '035 PATENT.**

Rorke does not manufacture **any** of the Galaxy RAID systems that it sells. Rather, Rorke purchases these systems directly from third-party manufacturers, many of whom have entered into license agreements with Crossroads that expressly include licenses to the '035 Patent for the manufacturers' customers.  Further, Rorke does not modify, customize or otherwise alter the Galaxy RAID systems that it purchases from these third-party manufacturers.  It sells them "as is."

For example, Rorke purchases its Galaxy RAID systems from storage router manufacturers such as Promise Technology, Inc. ("Promise"). The specific product that Rorke purchases from Promise is Galaxy 3G storage routers.  After purchasing the Galaxy 3G storage routers from Promise, Rorke simply re-brands those storage routers by including a Rorke label with the existing manufacturer's label, *e.g.,* Promise.  Rorke does not alter or modify the Galaxy 3G storage routers that it purchases from Promise.  After adding its company information, Rorke resells the Promise storage routers to other companies, and provides customer service and support for those products.

Several years ago, Crossroads entered into a confidential settlement agreement with Promise to resolve the lawsuit styled *Promise Technology, Inc. v. Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc.*, CA No. C07-06128JF, filed on December 4, 2007 in the U.S. District Court for the Northern District of California.  With Crossroads' and Promise's permission, Rorke's counsel received and reviewed a copy of the confidential Crossroads/Promise settlement agreement. Rorke believes that it is covered under the license in the settlement agreement between Crossroads and Promise. Accordingly, Rorke's Galaxy 3G storage routers cannot infringe any claims of the '035 Patent based on the license covering that

patent previously granted to Promise. In addition, Rorke's accused products cannot infringe any claims of the '035 Patent under the patent exhaustion doctrine.

## II.     RORKE'S PRODUCTS DO NOT MEET THE CONFIGURATION REQUIRED BY THE CLAIMS OF THE '035 PATENT.

The '035 Patent is directed to a storage router that provides virtual local storage on a remote storage device.  To do this, Claims 1-4 and 7-14 of the '035 Patent require a storage router to have a certain configuration: buffer, a first controller, a second controller, and a supervisor unit.  Specifically, Claims 1-4 and 7-14 (the "Asserted Claims") require that the storage routers provide "access controls" such as "LUN masking."  The Asserted Claims also require that the storage routers have a supervisor unit "coupled" to the first and second controllers, and a buffer, wherein the "supervisor unit" must be able to process data (1) involving mapping between the fibre channel and SCSI bus; and (2) applying access controls and routing functions.  *See* '035 Patent, col 5, ll. 24 – 27.

Crossroads alleges that Rorke's Galaxy Aurora, Galaxy Aurora LS, Galaxy HDX3, Galaxy HDX2, and Galaxy 3G products infringe the Asserted Claims of the '035 Patent.  None of the above-identified products can or do infringe any of the Asserted Claims based on the following:

1. The Galaxy HDX3 and HDX2 products do not have "access controls" because they do not offer LUN masking capability, as Crossroads incorrectly alleges. LUN masking capability is required by the Asserted Claims.

2. Crossroads has not met its burden of showing that any of the accused Rorke products has a supervisor unit, as required by the Asserted Claims. Crossroads merely makes conclusory allegations that the Rorke products "contain[] a processor coupled as claimed."

3. Even assuming that the accused Rorke products contain a supervisor unit, Crossroads has not met its burden of showing that the hypothetical supervisor unit processes data (1)

involving mapping between the fibre channel and SCSI bus; and (2) applying access controls and routing functions. The Asserted Claims require these functions. Crossroads has not shown that the accused Rorke products have these functions.

Accordingly, the accused Rorke products do not meet the configuration required by the Asserted Claims.

### III. CONCLUSION.

For the foregoing reasons, and further detailed in the attached Exhibits A and B, Rorke respectfully submits that its Galaxy Aurora, Aurora LS, Galaxy HDX3, Galaxy HDX2, and Galaxy 3G products do not infringe any of the Asserted Claims in the '035 Patent.

Respectfully submitted,

/s/ Lisa H. Meyerhoff
Lisa H. Meyerhoff
Texas Bar No. 14000255
Email:  Lisa.Meyerhoff@Bakermckenzie.com
Myall S. Hawkins
Texas Bar No. 09250320
Email: Myall.Hawkins@Bakermckenzie.com
Tan Pham
Texas Bar No. 24046628
Email:  Tan.Pham@Bakermckenzie.com
Baker & McKenzie LLP
711 Louisiana, Suite 3400
Houston, Texas 77002
Tel: (713) 427-5005
Fax:  (713) 427-5099

ATTORNEYS FOR DEFENDANT RORKE DATA, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 11th day of January 2011, I served "Defendant Rorke Data, Inc.'s Concise Statement of Non-Infringement" on the following counsel by electronic mail:

Elizabeth Brown Fore
Email: ebrownfore@sprinklelaw.com
Steven Robert Sprinkle
Email: ssprinkle@sprinklelaw.com
Sprinkle IP Law Group
1301 W. 25th Street, Suite 408
Austin, TX 78705

Patrick Taylor Weston
Email: patrick.weston@bingham.com
James G. Snell
Email: jim.snell@bingham.com
Bingham McCutchen LLP
1900 University Ave.
East Palo Alto, CA 94303-2223

Price Ainsworth
Email: price@ainsworth-law.com
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, TX 78701

Scott King Field
Email: scott@thefieldlawfirm.com
The Field Law Firm
9442 Capital of Texas Hwy. North
Arboretum Plaza One, Suite 500
Austin, TX 78759

William D. Chapman
Email: wchapman@jbbclaw.com
Julander, Brown, Bollard & Chapman
9110 Irvine Center Dr.
Irvine, CA 92618

George W. Webb, III
Email: george.webb@dechert.com
Steven R. Daniels
Email: steven.daniels@dechert.com
W. Bryan Farney
Email: bryan.farney@dechert.com
Dechert LLP
300 W. 6th St., Suite 2010
Austin, TX 78701

Christine Yang
Email: cyang@sjclawpc.com
Duncan Palmatier
Email: dpalm@dpalmlaw.com
Ingrid Yang
Email: iyang@sjclawpc.com
Victoria Hao
Email: vhao@sjclawpc.com Law Offices of S.J.
Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708

Eric B. Meyertons
Email: emeyertons@intprop.com
Chris L. Drymalla
Email: cdrymalla@intprop.com
Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.
700 Lavaca, Suite 800
Austin, TX 78701

Keith Miles Aurzada
Email: keith.aurzada@bryancave.com
Bryan Cave LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201

        Karl O. Bayer , Jr.
        Email: karl@karlbayer.com
        Karl Bayer, Attorney
        8911 N. Capital of Texas Hwy., Suite 2120
        Austin, TX 78759-7200


        /s/ Lisa H. Meyerhoff