# EXHIBIT A

U.S. Patent No. 6,425,035 Claims Chart – Rorke Galaxy Aurora, Aurora LS and 3G Systems

| Claim Limitation | Rorke Galaxy Aurora, Aurora LS, and 3G Systems |
|---|---|
| 1.   A storage router for providing virtual local storage on remote storage devices to devices comprising: | |
| a buffer providing memory work space for the storage router; | |
| a first controller operable to connect to and interface with a first transport medium; | |
| a second controller operable to connect to and interface with a second transport medium; and | |
| a supervisor unit coupled to the first controller, the second controller and the buffer, | The Rorke Galaxy Aurora, Aurora LS, and 3G Systems do not contain a supervisor unit, as required by Claim 1. |
| the supervisor unit operable: to map between devices connected to the first transport medium and the storage devices to implement access controls for storage space on the storage devices; and | The hypothetical supervisor unit does not process data (1) involving mapping between the fibre channel and SCSI bus; and (2) applying access controls and routing functions, as required by Claim 1. |
| [the supervisor unit operable:] to process data in the buffer to interface between the first Channel controller and the second controller to allow access from devices connected to the first transport medium to storage devices using native low level, block protocols. | |
| 2.   The storage router of claim 1, wherein the supervisor unit maintains an allocation of subsets of storage space to associated devices connected to the first transport medium, wherein each subset is only accessible by the associated device connected to the first transport medium. | *See* Claim 1. |
| 3.   The storage router of claim 2, wherein the devices | *See* Claim 2. |

1

| | |
|---|---|
| connected to the first transport medium comprise workstations. | |
| 4.      The storage router of claim 2, wherein the storage devices comprise hard disk drives. | *See* Claim 2. |
| 7.      A storage network, comprising:<br><br>    a first transport medium;<br><br>    a second transport medium;<br><br>    a plurality of workstations connected to the first transport medium:<br><br>    a plurality of storage devices connected to the second transport medium;<br><br>    storage router interfacing between the first transport medium and the second transport medium, the storage router providing virtual local storage on the storage devices to the workstations and operable<br><br>    to map between the workstations and the storage devices;<br><br>    to implement access controls for storage space on the storage devices;<br><br>    to allow access from the workstations to the storage devices using native low level, block protocol in accordance with the mapping and access controls. | *See* Claim 1. |
| 8.      The storage network of claim 7, wherein the access controls include an allocation of subsets of storage space to associated workstations, wherein each subset is only accessible by the associated workstation | *See* Claim 7. |
| 9.      The storage network of claim 7, wherein the storage | *See* Claim 7. |

| | |
|---|---|
| devices comprise hard disk drives. | |
| 10.   The storage network of claim 7, wherein the storage router comprises: | |
| a buffer providing memory work space for the storage router; | |
| a first controller operable to connect to and interface with the first transport medium, the first controller further operable to pull outgoing data from the buffer and to place incoming data into the buffer | |
| a second controller operable to connect to and interface with the second transport medium, the second controller further operable to pull outgoing data from the buffer and to place incoming data into the buffer; | *See* Claim 7. |
| a supervisor unit coupled to the first controller, the second controller and the buffer, the supervisor unit operable: | |
| to map between devices connected to the first transport medium and the storage devices, | |
| to implement the access controls for storage space on the storage devices and to process data in the buffer to interface between the first controller and the second controller to allow access from workstations to storage devices. | |
| 11.   A method for providing virtual local storage on remote storage devices connected to one transport medium to devices connected to another transport medium, comprising: | |
| interfacing with a first transport medium; | |

| | |
|---|---|
| interfacing with a second transport medium; | *See* Claim 7. |
| mapping between devices connected to the first transport medium and the storage devices and that implements access controls for storage space on the storage devices; | |
| allowing access from devices connected to the first transport medium to the storage devices using native low level, block protocols. | |
| 12.     The method of claim 11, wherein mapping between devices connected to the first transport medium and the storage devices includes allocating subsets of storage space to associated devices connected to the first transport medium, wherein each subset is only accessible by the associated device connected to the first transport medium. | *See* Claim 11. |
| 13.     The method of claim 12, wherein the devices connected to the first transport medium comprise workstations. | *See* Claim 12. |
| 14.     The method of claim 12, wherein the storage devices comprise hard disk drives. | *See* Claim 12. |

4