IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., § § Plaintiff, § § v. § § (1) 3PAR, INC., § (2) AMERICAN MEGATRENDS, INC., § (3) RORKE DATA, INC., § (4) D-LINK SYSTEMS, INC., § (5) CHELSIO COMMUNICATIONS, INC., § (a Delaware Corporation), § (6) ISTOR NETWORKS, INC., and § (7) CHELSIO COMMUNICATION, INC., § (a California Corporation), § § Defendants. § | CIVIL ACTION NO. 1:10-CV-652-SS JURY DEMANDED |

## STIPULATED DEFINITIONS OF CLAIM TERMS

Plaintiff Crossroads Systems, Inc. and Defendants 3PAR, Inc., Rorke Data, Inc., D-Link Systems, Inc. and iStor Networks, Inc. hereby stipulate to the following definitions of claim terms of U.S. Patent No. 6,425,035 (the "'035 Patent") and U.S. Patent No. 7,051,147 (the "'147 Patent"):

| CLAIM TERM | '035 PATENT CLAIM NOS. | '147 PATENT CLAIM NOS. | STIPULATED DEFINITION |
|---|---|---|---|
| Data | 1, 10 | 1, 9 | Information in a form suitable for use in a computing device. |
| Fibre Channel | N/A | 1, 2, 3, 5, 6, 9, 10, 11, 12, 14, 21, 28, 34 | A known high-speed serial interconnect, the structure and operation of which is described, for example, in Fibre Channel Physical and Signal Interface (FC-PH), ANSI X3.230 Fibre Channel Arbitrated Loop (FC-AL), and ANSI X3.272 Fibre Channel Private Loop Direct Attach (FC-PLDA). |

| CLAIM TERM | '035 PATENT CLAIM NOS. | '147 PATENT CLAIM NOS. | STIPULATED DEFINITION |
|---|---|---|---|
| Virtual Local Storage | 1, 7, 11 | 1, 6, 10, 14, 18, 19, 21, 25, 26, 28, 32, 33, 34, 37, 38 | Storage space, in a storage device that is remotely connected to an initiator device, such that the storage space appears to the initiator device to be within or locally connected to the initiator device. |

Dated:  February 22, 2011                         Respectfully submitted,


By:   /s/ Elizabeth J. Brown Fore
Steven Sprinkle
State Bar No. 00794962
Elizabeth J. Brown Fore
State Bar No. 24001795
Sprinkle IP Law Group, PC
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Tel: (512) 637-9220
Fax: (512) 371-9088
ssprinkle@sprinklelaw.com
ebrownfore@sprinklelaw.com

*ATTORNEYS FOR PLAINTIFF CROSSROADS SYSTEMS, INC.*


Dated:  February 22, 2011            By:   /s/ George W. Webb III (with permission)
W. Bryan Farney (*Pro Hac Vice*)
bryan.farney@dechert.com
Steven R. Daniels
steven.daniels@dechert.com
George W. Webb III
george.webb@dechert.com
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX  78701
Tel: (512) 394-3000
Fax: (512) 394-3001

*ATTORNEYS FOR DEFENDANT 3PAR, INC.*

Dated: February 22, 2011

By: ___/s/ William D. Chapman (with permission)___
Eric B. Meyertons
emeyertons@intprop.com
Chris L. Drymalla (*Pro Hac Vice*)
cdrymalla@intprop.com
MEYERTONS, HOOD, KIVLIN, KOWERT
   & GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, TX  78701
Tel: (512) 853-8800
Fax: (512) 853-8801

Victoria Hao (*Pro Hac Vice*)
vhao@sjclawpc.com
Ingrid Yang (*Pro Hac Vice*)
iyang@sjclawpc.com
Duncan Palmatier (*Pro Hac Vice*)
dpalm@dpalmlaw.com
Christine Yang (*Pro Hac Vice*)
cyang@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101-102
Fountain Valley, CA  92708
Tel: (714) 641-4022
Fax: (714) 641-2082

William D. Chapman (*Pro Hac Vice*)
JULANDER, BROWN, BOLLARD &
   CHAPMAN
9110 Irvine Center Drive
Irvine, CA  92618
Tel: (949) 477-2100
Fax: (949) 477-6355

*ATTORNEYS FOR DEFENDANT D-LINK SYSTEMS, INC.*

Dated:  February 22, 2011    By:  ___/s/ William D. Chapman (with permission)___
　　　　　　　　　　　　　　　　　Scott King Field
　　　　　　　　　　　　　　　　　scott@thefieldlawfirm.com
　　　　　　　　　　　　　　　　　THE FIELD LAW FIRM
　　　　　　　　　　　　　　　　　5910 Courtyard Drive, Suite 255
　　　　　　　　　　　　　　　　　Austin, TX  78731
　　　　　　　　　　　　　　　　　Tel: (512) 346-3600
　　　　　　　　　　　　　　　　　Fax: (866) 271-4431

　　　　　　　　　　　　　　　　　William D. Chapman (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　JULANDER, BROWN, BOLLARD &
　　　　　　　　　　　　　　　　　　CHAPMAN
　　　　　　　　　　　　　　　　　9110 Irvine Center Drive
　　　　　　　　　　　　　　　　　Irvine, CA  92618
　　　　　　　　　　　　　　　　　Tel: (949) 477-2100
　　　　　　　　　　　　　　　　　Fax: (949) 477-6355

　　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANT ISTOR NETWORKS, INC.*


Dated:  February 22, 2011    By:  ___/s/ Lisa H. Meyerhoff (with permission)___
　　　　　　　　　　　　　　　　　Lisa H. Meyerhoff
　　　　　　　　　　　　　　　　　lisa.meyerhoff@bakermckenzie.com
　　　　　　　　　　　　　　　　　Myall S. Hawkins
　　　　　　　　　　　　　　　　　myall.hawkins@bakermckenzie.com
　　　　　　　　　　　　　　　　　Tan Hoang Pham
　　　　　　　　　　　　　　　　　tan.pham@bakermckenzie.com
　　　　　　　　　　　　　　　　　BAKER & McKENZIE LLP
　　　　　　　　　　　　　　　　　711 Louisiana, Suite 3400
　　　　　　　　　　　　　　　　　Houston, TX  77002
　　　　　　　　　　　　　　　　　Tel: (713) 427-5005
　　　　　　　　　　　　　　　　　Fax: (713) 427-5099

　　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANT RORKE DATA, INC.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 22nd day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric B. Meyertons
Chris L. Drymalla (*Pro Hac Vice*)
MEYERTONS, HOOD, KIVLIN,
 KOWART & GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, Texas 78701
emeyertons@intprop.com
cdrymalla@intprop.com

Christine Yang (*Pro Hac Vice*)
Victoria Hao (*Pro Hac Vice*)
Ingrid Yang (*Pro Hac Vice*)
Duncan Palmatier (*Pro Hac Vice*)
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
cyang@sjclawpc.com
vhao@sjclawpc.com
iyang@sjclawpc.com
dpalm@dpalmlaw.com

Lisa H. Meyerhoff
Myall S. Hawkins
Tan Hoang Pham
BAKER & MCKENZIE LLP
711 Louisiana, Suite 3400
Houston, TX 77002
lisa.meyerhoff@bakermckenzie.com
myall.hawkins@bakermckenzie.com
tan.pham@bakermckenzie.com

W. Bryan Farney (*Pro Hac Vice*)
Steven R. Daniels
George W. Webb III
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
bryan.farney@dechert.com
steven.daniels@dechert.com
george.webb@dechert.com

Scott King Field
THE FIELD LAW FIRM, PLLC
5910 Courtyard Drive, Suite 255
Austin, TX  78731
scott@thefieldlawfirm.com

William D. Chapman (*Pro Hac Vice*)
JULANDER, BROWN, BOLLARD & CHAPMAN
9110 Irvine Center Drive
Irvine, CA  92618.
wchapman@jbbclaw.com

                                                                                     */s/ Elizabeth J. Brown Fore*
                                                                                     Elizabeth J. Brown Fore