IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., § § § Plaintiff, § § v. § § (1) 3PAR, INC., § (2) AMERICAN MEGATRENDS, INC., § (3) RORKE DATA, INC., § (4) D-LINK SYSTEMS, INC., § (5) CHELSIO COMMUNICATIONS, INC., § (a Delaware Corporation), § (6) ISTOR NETWORKS, INC., and § (7) CHELSIO COMMUNICATION, INC., § (a California Corporation), § § Defendants. § | CIVIL ACTION NO. 1:10-CV-652-SS JURY DEMANDED |

## JOINT CLAIM CONSTRUCTION CHART OF DISPUTED TERMS FOR U.S. PATENT NOS. 6,425,035 AND 7,051,147

Pursuant to the Court's December 2, 2010 Scheduling Order (Dkt. 88), Plaintiff Crossroads Systems, Inc. ("Crossroads") and Defendants 3PAR, Inc., Rorke Data, Inc., D-Link Systems, Inc. and iStor Networks, Inc. (collectively "Defendants") jointly submit the following claim construction chart containing each disputed claim term or phrase and a column with Plaintiff and Defendants' current proposed claim construction for the disputed claim term or phrase. Because of the commonality of claim terms in the two patents-in-suit, the parties are submitting one chart for the Court's convenience.

| Claim Term | Crossroads' Construction | Defendants' Construction |
|---|---|---|
| Access controls | Controls which limit a device's access to a specific subset of storage devices or sections of a single storage device. | Controls that use a map to permit a particular device to read data from or write data to a particular storage space assigned to the device, and to prevent the device from reading data from or writing data to storage space assigned to other devices. |
| Allow(ing) access | Permit or enable communication to read or write data. | Does not need to be separately construed. |
| Allow(ing) access...to (the) (remote) storage device(s) using native low level, block protocol(s)<br><br>Control access...to the (at least one) (remote) storage device (...) using native low level, block protocol(s)<br><br>Implement access controls...using native low level, block protocol | Does not require construction. | Permit(ting) reading and writing of data in the native low level, block protocol of the storage device, without involving network servers, Ethernet networks, higher-level protocols such as TCP/IP, Ethernet protocols, network protocols or file system protocols, or translation from one protocol to another. |
| Block protocol(s) | Does not require construction. | A set of rules or standards for exchanging information with a block-oriented storage device. |
| Buffer | A memory device that is utilized to temporarily hold data. | A region of memory managed by a client process to temporarily hold data until retrieved by the same or another process, without necessarily preserving the data for multiple reads. |
| Configuration | Does not require construction. | "Map"; otherwise indefinite. |
| Connected to /Connects | Does not require construction; if the Court deems a construction necessary: | Attach(ed)(es) directly rather than through intervening devices. |

| Claim Term | Crossroads' Construction | Defendants' Construction |
|---|---|---|
| | "Attach(ed)(es) directly or attach(ed)(es) indirectly through intervening components." | |
| Contained in the map | All parties have provided constructions of "Map." "Contained in" does not need further construction. | Indefinite. |
| Control access | To limit a device's access to a specific subset of storage devices or sections of a single storage device. | Use a map to permit a particular device to read data from or write data to a particular storage space assigned to the device, and to prevent the device from reading data from or writing data to storage space assigned to other devices. |
| Device(s) (other than "Storage devices") | Any type of electronic device including, but not limited to, workstations. | Computer(s). |
| Fibre Channel initiator device | Does not require construction. | A computer that issues a command on a Fibre Channel bus using Fibre Channel protocol. |
| First transport medium | A first communications link. | Fibre Channel. |
| Implement(s)(ing) access controls for storage space on the (remote) storage devices | Provides controls which limit a device's access to a specific subset of storage devices or sections of a single storage device. | Does not need to be separately construed. |
| Initiator device | A device that issues requests for data or storage. | Does not need to be separately construed. |
| Low level…protocol(s) | Does not require construction. | A set of rules or standards that enable computers to exchange information without involving network servers, Ethernet networks, or higher-level protocols such as TCP/IP, |

3

| Claim Term | Crossroads' Construction | Defendants' Construction |
|---|---|---|
| | | Ethernet protocols, network protocols or file system protocols. |
| LUN | A number identifying storage space on storage device(s). | A number identifying a storage device or a section of a storage device. |
| Maintain(ing) a (the) configuration | Keep(ing) a modifiable setting of information. | Does not need to be separately construed. |
| Map and mapping | To create a path from a device on one side of the storage router to a device on the other side of the router. A "map" contains a representation of devices on each side of the storage router, so that when a device on one side of the storage router wants to communicate with a device on the other side of the storage router, the storage router can connect the devices. | Creat(e)(ing) a map that defines a path from a device on one side of the storage router to LUN of a storage device on the other side of the router. A "map" is a table physically resident on the storage router that contains a representation of devices on one side of the router and LUNs of storage devices on the other side of the router and defines a path to connect a particular device with a particular LUN of a storage device assigned to the device. |
| Maps from the host device to a virtual representation of at least a portion of the storage space on the storage device to the storage device | Does not require construction. | Indefinite. |
| Native | Does not require construction. | Designed for use with a specific type of storage device. |
| Native low level block protocol(s) | A set of rules or standards that enable computers to exchange information and do not involve the overhead of high level protocols and file systems typically required by network servers. | *See* "native", "block protocol(s)", and "low level…protocol(s)". |
| Remote | Indirectly connected through at least one serial network | Connected through network interconnects and located at a |

4

| Claim Term | Crossroads' Construction | Defendants' Construction |
|---|---|---|
| | transport medium. | relatively large distance. |
| Representation | Does not require construction. | Indefinite. |
| Second transport medium | A second communications link. | A transport medium that is different from the first transport medium. |
| Storage device(s) | Any storage device, including, for example, a tape drive, CD-ROM drive, an optical drive or a hard disk drive. | A device such as a disk drive, tape drive or CD-ROM drive that uses magnetic or optical media to store data in a non-volatile manner. |
| Virtual LUN(s) | A LUN used to represent virtual local storage. | Indefinite. |
| Virtual representation | A representation of virtual local storage. | Indefinite. |
| Workstation(s) | A remote computing device that connects to the first (Fibre Channel) transport medium, and may consist of a personal computer. | A computer including human input/output devices such as a display and keyboard and designed for use by one person at a time. |

Dated:  February 28, 2011                    Respectfully submitted,


By: ___/s/ Elizabeth J. Brown Fore___
      Steven Sprinkle
      State Bar No. 00794962
      Elizabeth J. Brown Fore
      State Bar No. 24001795
      Sprinkle IP Law Group, PC
      1301 W. 25th Street, Suite 408
      Austin, Texas 78705
      Tel: (512) 637-9220
      Fax: (512) 371-9088
      ssprinkle@sprinklelaw.com
      ebrownfore@sprinklelaw.com

      *ATTORNEYS FOR PLAINTIFF CROSSROADS SYSTEMS, INC.*

Dated:  February 28, 2011            By: __/s/ George W. Webb III (with permission)__
                                         W. Bryan Farney (*Pro Hac Vice*)
                                         bryan.farney@dechert.com
                                         Steven R. Daniels
                                         steven.daniels@dechert.com
                                         George W. Webb III (*Pro Hac Vice*)
                                         george.webb@dechert.com
                                         DECHERT LLP
                                         300 West 6th Street, Suite 2010
                                         Austin, TX  78701
                                         Tel: (512) 394-3000
                                         Fax: (512) 394-3001

                                         *ATTORNEYS FOR DEFENDANT 3PAR, INC.*


Dated:  February 28, 2011            By: __/s/ William D. Chapman (with permission)__
                                         Eric B. Meyertons
                                         emeyertons@intprop.com
                                         Chris L. Drymalla (*Pro Hac Vice*)
                                         cdrymalla@intprop.com
                                         MEYERTONS, HOOD, KIVLIN, KOWERT
                                           & GOETZEL, P.C.
                                         700 Lavaca, Suite 800
                                         Austin, TX  78701
                                         Tel: (512) 853-8800
                                         Fax: (512) 853-8801

                                         Victoria Hao (*Pro Hac Vice*)
                                         vhao@sjclawpc.com
                                         Ingrid Yang (*Pro Hac Vice*)
                                         iyang@sjclawpc.com
                                         Duncan Palmatier (*Pro Hac Vice*)
                                         dpalm@dpalmlaw.com
                                         Christine Yang (*Pro Hac Vice*)
                                         cyang@sjclawpc.com
                                         LAW OFFICES OF S.J. CHRISTINE YANG
                                         17220 Newhope Street, Suites 101-102
                                         Fountain Valley, CA  92708
                                         Tel: (714) 641-4022
                                         Fax: (714) 641-2082

        William D. Chapman (*Pro Hac Vice*)
        JULANDER, BROWN, BOLLARD &
          CHAPMAN
        9110 Irvine Center Drive
        Irvine, CA  92618
        Tel: (949) 477-2100
        Fax: (949) 477-6355

        *ATTORNEYS FOR DEFENDANT D-LINK SYSTEMS, INC.*

Dated:  February 28, 2011        By: ___/s/ William D. Chapman (with permission)___
        Scott King Field
        scott@thefieldlawfirm.com
        THE FIELD LAW FIRM
        5910 Courtyard Drive, Suite 255
        Austin, TX  78731
        Tel: (512) 346-3600
        Fax: (866) 271-4431

        William D. Chapman (*Pro Hac Vice*)
        JULANDER, BROWN, BOLLARD &
          CHAPMAN
        9110 Irvine Center Drive
        Irvine, CA  92618
        Tel: (949) 477-2100
        Fax: (949) 477-6355

        *ATTORNEYS FOR DEFENDANT ISTOR NETWORKS, INC.*

Dated: February 28, 2011          By: ___/s/ Lisa H. Meyerhoff (with permission)___
                                                                Lisa H. Meyerhoff
                                                                lisa.meyerhoff@bakermckenzie.com
                                                                Myall S. Hawkins
                                                                myall.hawkins@bakermckenzie.com
                                                                Tan Hoang Pham
                                                                tan.pham@bakermckenzie.com
                                                                BAKER & McKENZIE LLP
                                                                711 Louisiana, Suite 3400
                                                                Houston, TX 77002
                                                               Tel: (713) 427-5005
                                                                Fax: (713) 427-5099

                                                                *ATTORNEYS FOR DEFENDANT RORKE DATA, INC.*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric B. Meyertons
Chris L. Drymalla (*Pro Hac Vice*)
MEYERTONS, HOOD, KIVLIN,
   KOWART & GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, Texas 78701
emeyertons@intprop.com
cdrymalla@intprop.com

Christine Yang (*Pro Hac Vice*)
Victoria Hao (*Pro Hac Vice*)
Ingrid Yang (*Pro Hac Vice*)
Duncan Palmatier (*Pro Hac Vice*)
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
cyang@sjclawpc.com
vhao@sjclawpc.com
iyang@sjclawpc.com
dpalm@dpalmlaw.com

Lisa H. Meyerhoff
Myall S. Hawkins
Tan Hoang Pham
BAKER & MCKENZIE LLP
711 Louisiana, Suite 3400
Houston, TX  77002
lisa.meyerhoff@bakermckenzie.com
myall.hawkins@bakermckenzie.com
tan.pham@bakermckenzie.com

W. Bryan Farney (*Pro Hac Vice*)
Steven R. Daniels
George W. Webb III
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX  78701
bryan.farney@dechert.com
steven.daniels@dechert.com
george.webb@dechert.com
Scott King Field
THE FIELD LAW FIRM
5910 Courtyard Drive, Suite 255
Austin, TX  78731
scott@thefieldlawfirm.com

William D. Chapman (*Pro Hac Vice*)
JULANDER, BROWN, BOLLARD & CHAPMAN
9110 Irvine Center Drive
Irvine, CA  92618
wchapman@jbbclaw.com.

                              /s/ Elizabeth J. Brown Fore
                              Elizabeth J. Brown Fore