IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 AUG 10 PM 12: 15
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CROSSROAD SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>3PAR, INC.,<br>AMERICAN MEGATRENDS, INC.,<br>RORKE DATA, INC.,<br>D-LINK SYSTEMS, INC.,<br>CHELSIO COMMUNICATIONS, INC. ( a Delaware corporation).<br>ISTOR NETWORKS, INC., and<br>CHELSIO COMMUNICATIONS, INC. (a California corporation)<br><br>Defendants. | Case No. 1:10-CV-652-SS |

## REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER REGARDING UNITED STATES PATENT NO.'S 7,051,147 & 6,425,035 B2

Attached hereto is the Special Master's Report and Recommendations to United States District Judge Sam Sparks regarding the construction of claims in United States Patent No.'s 7,051,147 & 6,425,035 B2.

The parties may file written objections to the recommendations made in this report within ten (10) days from the date of their receipt of it, as discussed at the conclusion of the *Markman* hearing.

SIGNED this the 9th day of August, 2011.

Karl Bayer
Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this action.

/s/   Karl Bayer
Karl Bayer