| Actual Claims Language | Crossroads' Proposed Construction | Special Master's Proposed Construction of Disputed Terms | | | Special Master's Construction |
|---|---|---|---|---|---|
| | | Crossroads' Evidence | Defendants' Proposed Construction | Defendants' Evidence | |
| | | Hr'g Tr. at 81:12-15, March 8, 2011 (all parties agree that the Petal, Spring and Oeda references disclose systems with a "server" interposed between workstations and storage devices); *Id.* at 88:2-89:16; 93:4-7; 100:16-24 (Defendants agree that the "translation" distinguished by patentees during reexamination was from high level file system commands into NLLBP requests); *Id.* at 89:11-16 (parties agree that "allowing access . . . using NLLBP" occurs without a translation from a high level file system command to a NLLBP request); *Id.* at 91:14-16, 92:1-5, 152:4-7 (Defendants concede that the "network protocols" described in the Oeda, Petal and Spring references included file system commands thus, including "without involving . . . network protocols" is superfluous | | | |

240

| Actual Claims Language | Special Master's Proposed Construction of Disputed Terms |||||
|---|---|---|---|---|---|
| | Crossroads' Proposed Construction | Crossroads' Evidence | Defendants' Proposed Construction | Defendants' Evidence | Special Master's Construction |
| | | to "without involving a translation from a high level file system command to a native low level block protocol request.") April 28, 2011 2d Supp. Decl. of John Levy, Ph.D., ¶7 (CIFS, NFS and FTP are network protocols). March 7, 2011 Decl. of Brian Berg, ¶37 (Defendants' expert uses term "network protocol" broadly such that it would include Fibre Channel). April 28, 2011 2d Supp. Decl. of John Levy, Ph.D., ¶6 (under Defendants' construction, a protocol used for communication over "Fibre Channel based networks" would be a network protocol). February 22, 2011 Decl. of John Levy, Ph.D., ¶¶ 31, 33 (NLLBPs do not have the overhead associated with the use of higher level protocols | | | |

| Actual Claims Language | Crossroads' Proposed Construction | Special Master's Proposed Construction of Disputed Terms | | Defendants' Proposed Construction | Defendants' Evidence | Special Master's Construction |
|---|---|---|---|---|---|---|
| | | Crossroads' Evidence | | | | |
| | | to access storage); *Id.* ¶ 34 (specification describes network servers communicating with storage using NLLBPs). | | | | |
| **Claim 35:** | | | | | | |
| The system of claim 34, wherein the supervisor unit is further operable to: maintain a **configuration** that maps from the host device to a virtual representation of at least a portion of the storage space on the storage device to the storage device; and allow the host device to access only that portion of the storage space that is contained in the map. | **Configuration:** "A modifiable setting of information." | **Configuration:** **Intrinsic:** Col. 2, ll. 19-23; Col. 5, ll. 53-54; Col. 6, ll. 58-64 (describing "configuration" as information used to control operation of the storage router and which is modifiable). '147 Patent: Col. 2, ll. 28-32; Col. 9, ll. 36-41 ("configuration" can also include mapping information and additional information, such as information needed to "implement[] access controls"). Claim 15, Col. 11, ll. 23-28 (the limitation "operable to maintain a configuration wherein the configuration includes a map...") | | **Configuration:** "Map"; otherwise indefinite. | *See claim 1, supra.* | No Construction Necessary. |

| Actual Claims Language | Crossroads' Proposed Construction | Crossroads' Evidence | Defendants' Proposed Construction | Defendants' Evidence | Special Master's Construction |
|---|---|---|---|---|---|
| | | would be meaningless under Defendants' proposed construction).<br><br>**Extrinsic:**<br><br>*Chaparral* Markman Order at 16, Fore Decl. ISO Crossroads' Cl. Const. Br., Ex. L (parties to earlier action agreed to construe "maintain a configuration" to mean "keeping a modifiable setting of information"); February 22, 2011 Decl. of John Levy, Ph.D., ¶46 (person of ordinary skill would understand "maintaining a configuration" to mean "keeping a modifiable set of information"). | | | |
| **Claim 36:** | | | | | |
| The system of claim 35, wherein the **configuration** comprises a map from a host device ID to a virtual LUN representation of the storage device to a physical LUN of the storage device. | **Configuration:**<br><br>"A modifiable setting of information." | **Configuration:**<br><br>**Intrinsic:**<br><br>Col. 2, ll. 19-23; Col. 5, ll. 53-54; Col. 6, ll. 58-64 (describing "configuration" as information used to control operation of the storage router and which is modifiable). | **Configuration:**<br><br>"Map"; otherwise indefinite. | *See claim 1, supra.* | No Construction Necessary. |

243

| Actual Claims Language | Crossroads' Proposed Construction | Special Master's Proposed Construction of Disputed Terms | | | Special Master's Construction |
|---|---|---|---|---|---|
| | | Crossroads' Evidence | Defendants' Proposed Construction | Defendants' Evidence | |
| | | '147 Patent: Col. 2, ll. 28-32; Col. 9, ll. 36-41 ("configuration" can also include mapping information and additional information, such as information needed to "implement[] access controls").<br><br>Claim 15, Col. 11, ll. 23-28 (the limitation "operable to maintain a configuration wherein the configuration includes a map. . ." would be meaningless under Defendants' proposed construction).<br><br>**Extrinsic:**<br><br>*Chaparral* Markman Order at 16, Fore Decl. ISO Crossroads' Cl. Const. Br., Ex. L (parties to earlier action agreed to construe "maintain a configuration" to mean "keeping a modifiable setting of information"); February 22, 2011 Decl. of John Levy, Ph.D., ¶46 (person of ordinary skill would understand "maintaining a | | | |

| Actual Claims Language | Crossroads' Proposed Construction | Crossroads' Evidence | Defendants' Proposed Construction | Defendants' Evidence | Special Master's Construction |
|---|---|---|---|---|---|
| | | configuration" to mean "keeping a modifiable set of information"). | | | |
| **Claim 37:** | | | | | |
| The system of claim 34, wherein the storage device further comprises storage space partitioned into virtual local storage for the host device. | [No claim term at issue] | | [No claim term at issue] | | |
| **Claim 38:** | | | | | |
| The system of claim 37, wherein the supervisor unit is further operable to prevent the host device from accessing any storage on the storage device that is not part of a virtual local storage partition assigned to the host device. | [No claim term at issue] | | [No claim term at issue] | | |
| **Claim 39:** | | | | | |
| The system of claim 37, wherein the supervisor unit is further operable to prevent the host device from accessing any storage on the storage device that is not part of a virtual local storage partition assigned to the host device. | [No claim term at issue] | | [No claim term at issue] | | |

246

## TABLE OF CITATION ABBREVIATIONS

| Abbreviation | Document(s) | Date | Exhibit No. or Range |
|---|---|---|---|
| **Joint Materials** | | | |
| Hrg. Tr. | Transcript of *Markman* Hearing before the Honorable Karl Bayer, Jr. | 3/08/2011 | |
| Jt. Ex. | Markman Hearing Joint Exhibits | | Jt. Ex. 101-114 |
| **Plaintiff's Pleadings and Exhibits** | | | |
| Pl. Br. | Plaintiff Crossroads Systems Inc.'s Markman Brief | 2/22/2011 | |
| Pl. Br. Ex. | Exhibits to Declaration of Elizabeth Brown Fore dated 2/22/2011 (in support of Plaintiff's brief) | | A-FF |
| Levy Decl. | Declaration of John Levy, Ph.D. | 2/22/2011 | |
| Levy Ex. | Exhibits to Declaration of John Levy, Ph.D. | | A-F |
| Levy Supp. | Supplemental Declaration of John Levy, Ph.D. | 3/07/2011 | |
| Levy Supp. Ex. | Exhibits to Supplemental Declaration of John Levy, Ph.D. | | A-L |
| Pl. Hrg. Ex. | Crossroads' Markman Hearing Exhibits | | P-1 to P-37 |
| Pl. PHB | Plaintiff Crossroads Systems Inc.'s Post-Hearing Markman Brief | 4/29/2011 | |
| Pl. PHB Ex. | Exhibits to Declaration of Elizabeth Brown Fore dated 4/29/2011 (in support of Plaintiff's post-hearing brief) | | A-J |
| Levy 2nd Supp. | Second Supplemental Declaration of John Levy, Ph.D. | 4/28/2011 | |

247

| Abbreviation | Document(s) | Date | Exhibit No. or Range |
|---|---|---|---|
| Levy 2nd Supp. Ex. | Exhibits to Supplemental Declaration of John Levy, Ph.D. | | A-D |
| Pl. RPHB | Plaintiff Crossroads Systems Inc.'s Reply Post-Hearing Brief | 5/13/2011 | |
| **Defendants' Pleadings and Exhibits** | | | |
| Def. Br. | Brief in Support of Defendants' Proposed Claim Constructions | 2/22/2011 | |
| Def. Ex. | Exhibits to Declaration of George W. Webb III (to accompany Defendants' brief) (also entered as Defendants' hearing exhibits) | 2/22/2011 | Def. Ex. 1-22 |
| Berg Decl. | Declaration of Brian A. Berg | 3/07/2011 | |
| Berg App. | Appendices to Declaration of Brian A. Berg | | Berg. App. A-J |
| Def. PHB | Defendants' Post-Hearing Brief on Issues of Claim Construction | 4/29/2011 | |
| Def. PHB Ex. | Exhibits to Declaration of George W. Webb III (to accompany Defendants' brief) | 4/29/2011 | Def. Ex. 23-24 |
| Def. RPHB | Defendants' Reply Post-Hearing Brief on Issues of Claim Construction | 5/13/2011 | |
| **Frequently Cited Documents** | | | |
| '035 patent | U.S. Pat. 6,425,035 | 7/23/2002 | Jt. Ex. 101 |
| '147 patent | U.S. Pat. 7,051,147 | 5/23/2006 | Jt. Ex. 102 |
| First Reexam Reply | '035 file history, Reply to Office Action Under *Ex Parte* Reexamination Dated 2/07/2005 | 4/06/2005 | Def. Ex. 6 |

248

| Abbreviation | Document(s) | Date | Exhibit No. or Range |
|---|---|---|---|
| Second Reexam Reply | '035 file history, Reply to Office Action Under *Ex Parte* Reexamination Dated 5/24/2005 | 7/22/2005 | Def. Ex. 7 |
| '147 Reply | '147 file history, Reply to Office Action Dated 1/27/2005 | 7/27/2005 | Def. Ex. 9 |
| Horst Decl. | Declaration of Robert W. Horst and exhibits in *Crossroads v. Postvision* (W.D. Tex. case 1:10-cv-00652-SS) | 5/20/2010 | Def. Ex. 16 |