IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>(1) 3PAR, INC.,<br>(2) AMERICAN MEGATRENDS, INC.,<br>(3) RORKE DATA, INC.,<br>(4) D-LINK SYSTEMS, INC.,<br>(5) CHELSIO COMMUNICATIONS, INC.,<br>　　(a Delaware Corporation),<br>(6) ISTOR NETWORKS, INC., and<br>(7) CHELSIO COMMUNICATION, INC.,<br>　　(a California Corporation),<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:10-CV-652-SS<br>§<br>§  JURY DEMANDED<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF CROSSROADS SYSTEMS, INC.'S
OBJECTIONS TO THE REPORT AND RECOMMENDATION
OF THE SPECIAL MASTER**

Plaintiff Crossroads Systems, Inc. ("Crossroads") hereby responds to the Report and Recommendation of the Special Master Regarding U.S. Patent Nos. 7,051,147 and 6,425,035 issued August 10, 2011 (the "Report and Recommendation").

Crossroads does not object to the Special Master's claim constructions set forth in the Report and Recommendation. Crossroads, however, does object to the extent that the constructions set forth in the Stipulated Definitions of Claim Terms (Dkt. No. 117, filed February 22, 2011) and the Supplemental Stipulated Definitions of Claim Terms (Dkt. No. 143, filed April 22, 2001) were not included in the Report and Recommendation. Crossroads respectfully requests that the Court's Claim Construction Order adopt the constructions stipulated to by Crossroads, Rorke Data, Inc. and 3PAR, Inc. for the claim terms "data," "Fibre

1

Channel," "Virtual Local Storage," "Remote," "Second Transport Medium," "Map/Mapping," "Buffer," "Storage Device(s)," "LUN," "Virtual LUN(s)," "Virtual Representation," and "First Transport Medium" and order that the following claim terms do not require construction "Connected to/connects," "Contained in the Map," "Representation," and "Maps from the host device to a virtual representation of at least a portion of the storage space on the storage device to the storage device." True and correct copies of the Stipulated Definitions of Claim Terms and Supplemental Stipulated Definitions of Claim Terms are attached hereto as Exhibits A and B.

Dated: September 19, 2011                                   Respectfully submitted,


                                                  By:   /s/ Elizabeth J. Brown Fore
                                                        Steven Sprinkle
                                                        State Bar No. 00794962
                                                        Elizabeth J. Brown Fore
                                                        State Bar No. 24001795
                                                        Sprinkle IP Law Group, PC
                                                        1301 W. 25th Street, Suite 408
                                                        Austin, Texas 78705
                                                        Tel: (512) 637-9220
                                                        Fax: (512) 371-9088
                                                        ssprinkle@sprinklelaw.com
                                                        ebrownfore@sprinklelaw.com

                                                        *ATTORNEYS FOR PLAINTIFF CROSSROADS SYSTEMS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa H. Meyerhoff
Myall S. Hawkins
Tan Hoang Pham
BAKER & McKENZIE LLP
711 Louisiana Suite 3400
Houston, TX 77002
lisa.meyerhoff@bakermckenzie.com
myall.hawkins@bakermckenzie.com
tan.pham@bakermckenzie.com
713-427-5005 Telephone
713-427-5099 Facsimile

John van Loben Sels
Franklin E. Gibbs
Diane Barker
WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660-2484
jvanlobensels@whgclaw.com
fgibbs@whgclaw.com; faizaanwar@whgclaw.com;
dianebarker@whgclaw.com
866-970-0186 Telephone
949-833-2281 Facsimile

Patton G. Lochridge
Travis C. Barton
State Bar No. 00790276
McGINNIS LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, TX 78701
512-495-6000 Telephone
512-495-6093 Facsimile
plochridge@mcginnislaw.com
tcbarton@mcginnislaw.com

W. Bryan Farney (*Pro Hac Vice*)
Steven R. Daniels
George W. Webb III
FARNEY DANIELS LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
bfarney@farneydaniels.com
sdaniels@farneydaniels.com
gwebb@farneydaniels.com

                                                         */s/ Elizabeth J. Brown Fore*
                                                         Elizabeth J. Brown Fore